

# THE STATE OF TEXAS
## MANDATE

TO THE 401ST DISTRICT COURT OF COLLIN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 30th day of October, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Virginia Oak Venture, LLC, and Jane Tang, Appellants | No. 06-13-00076-CV |
| v. | Trial Court No. 401-02380-2010 |
| O.D. Fought, Jr., et al., Appellees | |

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. Therefore, we find that the trial court erred in awarding judgment for attorney fees to Arbor Commercial Funding, LLC, and reverse the judgment of the trial court in its favor and render a take-nothing judgment to the extent that it awarded attorney fees to Arbor against Tang. We affirm the judgment of the trial court in favor of Lander Kyle Lewallen, Butler Burgher Group, LLC, Arbor Commercial Funding, LLC, the Federal National Mortgage Association, O.D. Fought, Jr., Sheri Diaz, United Venture Partners, LLC, Chris Wong, Raymond He, Joyce He, and Biyou Lao. We also affirm the trial court's take-nothing judgment in Tang's action against the Michael Group.

We further order that each party shall bear its own costs of appeal. WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 15th day of January, A.D. 2015.

DEBRA K. AUTREY, Clerk